■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHESTER NICKENS, Appellant. — Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on September 29, 1982, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Silverman, Bloom and Alexander, JJ.

■ JOHN CRANE, Appellant, v CITY OF NEW YORK, Appellant, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent. — Judgment and order, Supreme Court, New York County (Robert White, J.), entered on October 1, 1982 and March 1, 1983 respectively, unanimously affirmed, without costs and without disbursements. The appeal from the decision of said court dated July 19, 1982 is unanimously dismissed as said decision is nonappealable, and the appeal by defendant-appellant from the judgment of said court, entered on October 1, 1982, is unanimously dismissed for failure to prosecute, both without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom, Milonas and Alexander, JJ. [See 101 AD2d __, May 31, 1984.]

■ DELLWIN KNITTING MILLS, INC., Appellant, v MARLIN STUDIO, INC., et al., Respondents. — Order, Supreme Court, New York County (Richard Price, J.), entered on December 15, 1982, unanimously affirmed, without costs and without disbursements. The appeal from order of said court, entered on May 11, 1982, unanimously dismissed as having been superseded by the appeal from the order entered on December 15, 1982, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom, Milonas and Alexander, JJ.